IN THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MELODY A. RUSSELL
Plaintiff

vs                                                            CIV: 1:2014cv03319

MIDLAND
Defendant

### AGREED MOTION TO DISMISS WITH PREJUDICE

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure and the terms of a separate agreement, Plaintiff motions before this Honorable Court to dismiss all claims against Defendant WITH PREJUDICE. Both parties have resolved all of their disputes and settled all matters related to the Complaint filed by Plaintiff, and therefore, stipulate and agree to have the said cause DISMISSED WITH PREJUDICE.

WHEREFORE, the PLAINTIFF respectfully request that this Court enter an Order, dismissing all claims against DEFENDANT WITH PREJUDICE.

RESPECTFULLY,

PLAINTIFF

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2015 JAN 29 PM 3:20

CLERK'S OFFICE
AT BALTIMORE

BY_____DEPUTY

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 26th day of January 2015, a copy of the foregoing was filed with the court. A copy has been also sent to the following:

Lauren M Burnette
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
17176513703
17176513707 (fax)
lmburnette@mdwcg.com
*Counsel for Defendant*

_____
Plaintiff