THE UNITED STATES DISTRICT COURT
DISTRICT OF MARYLAND

MELODY A. RUSSELL
Plaintiff

vs                                                              CIV: 1:2014cv03319

MIDLAND
Defendant

## MOTION

1) PLAINITFF NOW COMES FORTH BEFORE THE COURT to request the Court to Seal this case from Public Access.

2) PLAINTIFF has been harassed by an individual who is not in custody.

3) The harasser can freely search a Public Search Engine (i.e., "Google," "Bing," "MSN" "Law360") to find PLAINTIFF's contact information, and other personal information that can be used to harm PLAINTIFF.

4) Additionally, PLAINTIFF is attempting to obtain employment.

5) This matter, if left open and freely accessible, can potentially become a conflict of interest.

6) PLAINTIFF's request is not excessive, and does not pose a hardship on any party involved.

7) THEREFORE, PLAINTIFF RESPECTFULLY requests the Court to SEAL this matter from Public Access.

RESPECTFULLY,

_____
PLAINTIFF

FILED
FEB 10 2015
Bankruptcy Court
District of Maryland

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 7th day of FEBRUARY 2015, the PLAINTIFF submitted her Motion TO THE Court, and submitted paper copies of all paperwork filed with the Court to the DEFENDANT via FedEx to:

Lauren M Burnette
Marshall Dennehey Warner Coleman & Goggin
100 Corporate Center Drive
Suite 201
Camp Hill, PA 17011
17176513703
17176513707 (fax)
lmburnette@mdwcg.com
*Attorney for Defendant*

_____
PLAINTIFF


